No. 706. THE PEOPLE, PLAINTIFF AND RESPONDENT, v. RODRÍGUEZ, DEFENDANT AND APPELLANT.—Appeal from the District Court of Humacao in a prosecution for seduction. Motion by appellant for leave to withdraw the appeal. Decided November 2, 1914. Motion sustained. *Mr. Francisco González* for the appellant. *Mr. Jaime Sifre, Jr.,* acting *fiscal,* for The People.

No. 1226. GONZÁLEZ, PLAINTIFF AND RESPONDENT, v. SUCCESSION OF GONZÁLEZ, DEFENDANT AND RESPONDENT, AND VILELLA, CONTESTANT AND APPELLANT.—Appeal from the District Court of Mayagüez in foreclosure proceedings. Motion by appellant for leave to withdraw the appeal. Decided November 2, 1914. Motion sustained. *Mr. Leopoldo Feliú* for the plaintiff. *Mr. Guillermo H. Moscoso* for the contestant.

No. 1125. EX PARTE URRIZA, PETITIONER AND APPELLANT, v. NEGRÓN, CONTESTANT AND RESPONDENT.—Appeal from the District Court of San Juan, Section 2, in proceedings for judicial administration of the property of Mariano Villanúa, deceased. Motion by the appellant for leave to withdraw the appeal. Decided November 2, 1914. Motion sustained. *Messrs. Alvarez Nava & Domínguez* for the appellant. The respondent did not appear.